```
PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CORNELL EUGENE WILSON, JR., | CASE NO. 2:21-CV-0793 KJN P |
|---|---|
| Petitioner, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

Petitioner is a federal prisoner, proceeding without counsel. Respondent filed a request to seal Exhibit 2 to the motion to dismiss and response. The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the respondent's Request, sealing the Request and Exhibit 2 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the respondent would be harmed. In light of the public filing of the government's Notice to Seal, the Court further finds that there are no additional alternatives to sealing the government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the respondent. Pursuant to Local Rule 141(b) and based upon the representation contained in the respondent's Request to Seal, respondent's request is granted.

////

IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 11) is granted.

2. Exhibit 2 to the Motion to Dismiss Petitioner's 2241 Petition pertaining to petitioner Cornell Eugene Wilson, Jr., and the Respondent's Request to Seal, shall be SEALED until further order of this Court.

3. Electronic access to the sealed documents shall be limited to the United States, petitioner, and counsel for the respondent.

Dated:  November 12, 2021

/wils0793.sea

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE