UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL EUGENE WILSON, JR., | No. 2:21-cv-0793 KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, a federal prisoner, proceeds pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and paid the filing fee. On November 12, 2021, plaintiff was ordered to file an opposition to respondent's motion to dismiss within thirty days. However, plaintiff subsequently sought reconsideration, stating petitioner did not receive respondent's motion to dismiss. In an abundance of caution, the clerk is directed to provide petitioner with a copy of the motion to dismiss, and petitioner is granted an additional thirty days in which to oppose the motion.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for reconsideration (ECF No. 17) is partially granted.

2. Petitioner is granted an additional thirty days from the date of this order in which to file an opposition to respondent's motion to dismiss.

1

3. The Clerk of the Court is directed to serve a copy of respondent's motion to dismiss (ECF No. 10, including 10-1) on petitioner.

Dated: December 20, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wils0793.ext