UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL EUGENE WILSON, JR., | No. 2:21-cv-0793 KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, a federal prisoner, proceeds pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On March 30 and 31, 2022, petitioner filed motions to withdraw his petition under Rule 41(a) of the Federal Rules of Civil Procedure. (ECF Nos. 23, 24.) But on April 14, 2022, petitioner filed a motion to withdraw his prior motions to withdraw, and provided objections to the pending findings and recommendations.

Good cause appearing, petitioner's motion to withdraw his prior motions is granted. Any reply to petitioner's objections are due fourteen days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 25) is granted;

2. Petitioner's notices (ECF Nos. 23 & 24) are deemed withdrawn; and

////

////

1

3. Any reply to petitioner's objections shall be filed fourteen days from the date of this order.

Dated: April 22, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wils0793.wd