UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL EUGENE WILSON, JR., | No. 2:21-cv-0793 KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, a federal prisoner, proceeds pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On November 18, 2022, respondent was directed to respond to petitioner's motion to amend. On December 1, 2022, respondent filed a motion for sixty-day extension of time to respond. Good cause appearing, respondent's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for extension (ECF No. 31) is granted; and

2. Respondent shall respond to petitioner's motion to amend (ECF No. 28) on or before January 31, 2023; any reply shall be filed twenty-one days thereafter.

Dated: December 7, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wils0793.eot